PD-0213-1
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 7/28/2015 8:52:16 AI
Accepted 7/28/2015 9:23:28 AI
ABEL ACOST.
CLER

No. PD-0213-15

| | | |
|---|---|---|
| **THOMAS LEON BYRD** | § | **IN THE COURT OF** |
| | § | |
| **v.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

## APPELLANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF

COMES NOW Thomas Leon Byrd, Appellant in the above-styled and numbered cause, and makes and files this Motion for Leave to File a Reply Brief in the above cause, and in support thereof shows the Court as follows:

I.

The Court granted review in this appeal on May 20, 2015 but denied Appellant's request for oral argument. The Appellant's brief was filed on June 19, 2015. The State's brief was filed on July 20, 2015. The case is set for submission on August 5, 2015. Appellant requests leave to file an Appellant's reply brief responding to a key assertion made in the State's brief.

II.

Appellant requests leave because, without being permitted to file a reply brief, Appellant has no other avenue available to respond to the disputed assertion made in the State's brief. As explained in the reply brief submitted contemporaneously with this motion, Appellant contends that the State's disputed assertion is simply incorrect.

## III.

Appellant is tendering the proposed Appellant's Reply Brief to the Court contemporaneously with this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that the Court grant leave to file the Appellant's Reply Brief and such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

_/s/ Alan Bennett_
E. Alan Bennett
Counsel for Appellant
SBOT #02140700

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, TX 76710
Telephone: (254) 772-8022
Fax: (254) 772-9297
Email: abennett@slmpc.com

### Certificate of Service

The undersigned hereby certifies that a true and correct copy of this document has been served by email on July 28, 2015 to: (1) counsel for the State, Sterling Harmon, sterling.harmon@co.mclennan.tx.us; and (2) the State Prosecuting Attorney, Lisa McMinn, Lisa.McMinn@SPA.texas.gov.

_/s/ Alan Bennett_
E. Alan Bennett